IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL R. LADNER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV901 LG-JMR** |
| | § | |
| **HANCOCK COUNTY** | § | |
| **SCHOOL DISTRICT** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motions for Summary Judgment [23, 25], the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant pursuant to F$_{ED.}$ R. C$_{IV.}$ P. 56. Plaintiff's case is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of April, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE